In the Matter of the Claim of ANTHONY FAY, Claimant, against MILTON M. GETTINGER, Receiver of 65 POST AVENUE CORPORATION, et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Argued October 3, 1933; decided October 17, 1933.)

*John J. Bennett, Jr.*, Attorney-General (*John R. O'Hanlon* of counsel), for State Industrial Board, appellant.
*Sydney Weitzer* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.